

# LEMICK LAW, LTD.

TAYLOR LEMICK • ELLIOT HALSEY • STACEY LYNCH
2460 DUNDEE ROAD, SUITE 474 • NORTHBROOK, ILLINOIS 60065
847/409-3988 • TLEMICK@LEMICKLAW.COM • LEMICKLAW.COM

August 15, 2024

**SENT VIA CERTIFIED MAIL AND EMAIL**

Hayward Bros Inc.
3250 Maezel Ln
Carlsbad, CA 92008
Attn: Louis Hayward and Deb Hayward

Email: hayward141@sbcglobal.net

Re:    Second Demand for Immediate Cease and Desist of Intellectual Property Infringement, Return of Company Property, and Provision of Documents

Dear Mr. and Ms. Hayward,

This firm represents Polylast Systems LLC ("Polylast") concerning the blatant and ongoing unauthorized use, infringement, and misappropriation of Polylast's intellectual property by your operations. This letter serves as a final and non-negotiable demand for immediate action.

It has come to our attention that Hayward Bros has been unlawfully utilizing Polylast's patented formulas and other intellectual property as the basis for products that you are currently marketing and selling under the Hayward Bros name. Not only did you sign a legally binding non-disclosure and confidentiality agreement with Polylast on October 11, 2023, but you were also provided with exclusive access to Polylast's patents and proprietary formulas by Pete Laurence, the owner of Polylast, when you expressed interest in investing in the company.

When we spoke on the phone, you informed me that you made changes to Polylast's patented formula. Your formula was derived directly from Polylast's patented formula. The audacity of your actions in using Polylast's patented formula as the foundation for your products—products that you deceitfully market as your own—constitutes not only a severe infringement on Polylast's rights but also blatant consumer fraud.

Your actions constitute a clear and deliberate infringement on Polylast's intellectual property rights, exposing you to significant legal liabilities. By using Polylast's patented formulas without authorization, you are in direct violation of patent law, which entitles Polylast to seek injunctive relief and substantial damages. Furthermore, your actions represent a breach of the non-disclosure and confidentiality agreement you signed, making you liable for all resulting damages

from this breach. The unauthorized use of Polylast's trade secrets and proprietary information also constitutes misappropriation under state and federal law, subjecting you to severe penalties, including punitive damages. In addition to these infringements, your deceptive marketing of products derived from Polylast's innovations as your own is a clear case of consumer fraud. This fraudulent conduct not only misleads customers but also exposes you to civil penalties and potential criminal charges. The financial gains you have unlawfully obtained through these actions are also subject to recovery by Polylast, as you have been unjustly enriched at their expense. Finally, your continued possession and use of Polylast's proprietary materials without authorization constitutes conversion and misappropriation of property, for which you are fully liable. Polylast will pursue all available legal remedies to hold you accountable for these serious violations.

You are hereby demanded to provide an immediate and full accounting of all products derived from or based on Polylast's patents, including any formulas that have been developed using Polylast's proprietary information. This includes, but is not limited to, any and all records related to the production, marketing, and sale of these infringing products.

**You are required to immediately cease and desist all use, production, marketing, and sale of any products that incorporate, are derived from, or in any way utilize Polylast's intellectual property. This demand is non-negotiable and applies with immediate effect. Your continued infringement is a willful violation of Polylast's rights and exposes you to severe legal consequences, including injunctive relief, significant monetary damages, and the possibility of criminal charges.**

Furthermore, to address the full scope of this infringement, we demand the immediate provision of the following documents and information:

1. Operational Costs: Detailed records of all operational expenses at the Coleman facility, including utilities, maintenance, and overhead costs, as related to any operations involving Polylast products or intellectually protected materials.

2. Income from Sales: Complete records of all sales transactions, including pending, confirmed, and in-process sales, as related to any operations involving Polylast products or intellectually protected materials.

3. Contractual Agreements: Copies of all written agreements between Hayward Bros and Polylast and/or third parties, including amendments and related documents.

4. Payments and Financial Transactions: Documentation of all payments made to third parties in relation to the dispute, including those made to Bob McKnight and yourself.

5. Purchases and Expenses: Records of all purchases made related to the dispute or using funds connected to the dispute, including machinery and equipment.

6. Revenue Agreement with Pete Laurence: Detailed documentation of any revenue agreements with Pete Laurence or Polylast.

7. Financial Records and Transactions: Documentation of all payments made to Pete Laurence or Polylast.

8. Intellectual Property: Documentation of any and all use, sale, correspondence, contracting (including sales contracts related to Polylast's intellectual property), or transfer of any intellectual property or intellectual property rights belonging to Polylast.

9. Other Related Documentation: Documentation, regardless of the form or where it is stored, related to Polylast, the intellectual property or the dispute.

In addition, you are hereby demanded to immediately return all company property belonging to Polylast. This includes, but is not limited to, all physical and electronic copies of proprietary formulas, patents, trade secrets, confidential documents, correspondence, and any other materials that were provided to you or that were obtained during your interactions with Polylast. The return of all such materials must be completed by August 16, 2024. Failure to comply with this demand will be considered further evidence of your bad faith and will result in additional legal action.

Failure to comply with this demand by the deadlines set forth below will result in immediate legal action. This will include filing for injunctive relief to stop the ongoing infringement, seeking full monetary damages, and pursuing all other remedies available under the law, including reporting your fraudulent conduct to the relevant authorities.

You are required to contact Lemick Law, Ltd. no later than the close of business on August 16, 2024, to confirm your cessation of use of Polylast's intellectual property. The demanded documents must be provided no later than the close of business on August 16, 2024. Failure to meet these deadlines will result in Polylast pursuing immediate legal action.

Polylast reserves all rights to pursue any and all legal remedies. This letter is not a waiver of any rights or remedies, all of which are expressly reserved.

All future communications regarding this matter must be directed to Lemick Law, Ltd. Any attempt to contact our client directly will be considered a violation of this directive and will result in immediate legal action.

Your prompt and complete attention to this matter is not only expected but required.

Sincerely,

*Taylor Lemick*

Taylor Lemick
Managing Partner