# List of Stolen and Intentionally Damaged/Destroyed Property

| | | |
|---|---|---|
| 12 ¼ | Bags of Small Crumb | 2,000lb/each |
| 17 ¾ | Bags of Big Crumb | 2,000lb/each |
| 4 ½ | Bags of Premix | 2,000lb/each |
| 3 | Bags of Discolored Tan (CNS) | 2,000lb/each |
| 2 ¾ | Bags of Big Mulch | 2,000lb/each |
| 1/2 | Bag of Tan (CNS) | 1,000lb |
| 1/8 | Bag of Blue (CNS) | 250lb |
| 90 | Buckets | |
| 135 | Trays | 20lb/each |
| 2 | Hoppers | 500lb/each |
| 1 | 1,000lb Mixer | Intentionally damaged/destroyed to make unusable |
| 1 | 500lb mixer | Intentionally damaged/destroyed to make unusable |
| 1 | Large Mixer (Imer Mix 750) | |
| 2 | Small Mixers (Imer Mix 120) | |
| 35 | 5 Gallon, Polylast Bunker liner Seam Glue | 25lb/each |
| 3 | 55 Gallon plastic drums, Microban | 500lb/each |
| 1 | 55 Gallon drum Microban | Intentionally damaged/destroyed to make unusable |
| 1 | 55 Gallon drum, Beige Mulch Colorant | 500lb |
| 3/4 | 55 gallon drum, Grey Mulch Colorant | 350lb |
| 8 | 55 gallon drum, Grey Mulch Colorant | Intentionally damaged/destroyed to make unusable |
| 4 | 55 gallon drum, Blue Mulch Colorant | Intentionally damaged/destroyed to make unusable |
| 3 | 55 gallon drum, Green Mulch Colorant | Intentionally damaged/destroyed to make unusable |
| 2 | 55 gallon drum, Black Mulch Colorant | Intentionally damaged/destroyed to make unusable |
| 3 | 55 gallon drum, Red Mulch Colorant | Intentionally damaged/destroyed to make unusable |
| 8 | 55 gallon drum, Brown Mulch Colorant | Intentionally damaged/destroyed to make unusable |



PLAINTIFF'S EXHIBIT G

# List of Stolen and Intentionally Damaged/Destroyed Property

| | | |
|---|---|---|
| 1   7/8 | 55 Gallon drum, Polyol | 500lb/each |
| 5 | 55 Gallon drum, Polyol | Intentionally damaged/destroyed to make unusable |
| 1 ½ | 55 Gallon drum, Realsys | 500lb/each |
| 1 | 5 Gallon Bucket, Fomrez | 25lb |
| 1 | Tote Of Binder | 2,500lb |
| 9 | Totes of Binder | Intentionally damaged/destroyed to make unusable |
| 87 | 55 gallon drums of Binder | Intentionally damaged/destroyed to make unusable |
| 1 | 55 gallon drum of catalyst z938 | Intentionally damaged/destroyed to make unusable |
| 1 | 55 gallon drum of releasys | Intentionally damaged/destroyed to make unusable |
| 3 | Unlabeled 55 gallon drums (labels were removed) | Intentionally damaged/destroyed to make unusable |
| 1 | Forklift (Toyota Model-7FBCU20) | |
| 1 | Forklift Charger | 200lb |
| 1 | Binder Tote Table | |
| 1 | Hopper Table | |
| 2 | Horizontal Drum Holders | 20lb/each |
| 2 | 2" Plastic Drum Faucets | |
| 1 | 2.5 ton Pallet jack | |
| 7 | Fire extinguisher | |
| 1 | Big Scale (hopper scale) | |
| 3 | Small Scales (bucket scale) | |
| 3 | Uline Banding Cart (with everything needed to band) | |
| 7 | Boxes of Uline Bundle Wrap (contains 12/each) | |
| 7 | Rolls of 18" Pallet Wrap | |
| 5 | Boxes of Uline Strapping Seals (Contains 1000/each) | |
| 1 | Bundle of Strap | |
| 1 | Time clock | |
| 1 | Set of Timecard holder | |
| 4 | Tape Dispensers | |
| 5 | Rolls of Tape | |
| | Boxes of PolyFlex | |
| 1 | Pallet of Mats (contains 80) + 18 mats | |
| 2 | Big Step ladders | |
| 4 | Thermo/humidity readers | |

# List of Stolen and Intentionally Damaged/Destroyed Property

| | | |
|---|---|---|
| 1 | Ridgid 5Gal 150Psi compressor | |
| 1 | Millermatic 141 Welder | |
| 90 | Buckets | |
| 135 | Trays | |
| 2 | Hoppers | |
| 1 | 1,000lb Mixer | |
| 1 | 500lb mixer | |
| 2 | Small Mixers | |
| 1 | Air compressor | |
| 5 | Drying racks custom made by Polylast | |
| Varied | Miscellaneous tools | |