

# Secretary of State
## Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| **Entity Name:** | HAYWARD BROS INC |
| **Entity No.:** | 4140514 |
| **Registration Date:** | 04/10/2018 |
| **Entity Type:** | Stock Corporation - CA - General |
| **Formed In:** | CALIFORNIA |
| **Status:** | Suspended - FTB |

The above referenced entity's powers, rights and privileges are suspended in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may affect status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of August 28, 2024.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**



PLAINTIFF'S EXHIBIT

H

**Certificate No.:** 242623730

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.